

FILED
8/12/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KSR

Judge John Robert Blakey
Magistrate Judge Beth W. Jantz
RANDOM/CAT.4

1:24-cr-00376

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | |
| JAMES YOSHIO TAKAESU | Violation: Title 18, United States Code, Section 2252A(a)(5)(B) |

COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about August 1, 2019, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES YOSHIO TAKAESU,

defendant herein, knowingly possessed material, namely the following:

| Item | Serial Number |
|---|---|
| Dell desktop computer | CN-0MM720-73245-87G-0003 |

containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about August 1, 2019, at Morton Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES YOSHIO TAKAESU,

defendant herein, knowingly possessed material, namely the following:

| Item | Serial Number |
|---|---|
| White Kingston Data Traveler 1 GB Thumb Drive | 000ecc4300087083 |
| Blue Verbatim 2 GB Thumb Drive | 0071BB9A1050 |
| Black & White Memorex 2 GB Traveldrive Thumb Drive | 000ecc4300087083 |
| Black Sandisk Cruzer Glide 8 GB Thumb Drive | 20060876010F62613A3A |

containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

# FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property:

| Item | Serial Number |
|---|---|
| Dell desktop computer | CN-0MM720-73245-87G-0003 |
| White Kingston Data Traveler 1 GB Thumb Drive | 000ecc4300087083 |
| Blue Verbatim 2 GB Thumb Drive | 0071BB9A1050 |
| Black & White Memorex 2 GB Traveldrive Thumb Drive | 000ecc4300087083 |
| Black Sandisk Cruzer Glide 8 GB Thumb Drive | 20060876010F62613A3A |

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the

United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

                                                                               A TRUE BILL:

                                                                               _____

                                                                               FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY

4